

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00136-CV

Spitzer Industries, Inc., Curtis Kelly, Inc., and Luis Galeano
v.
Jesus Mendoza Cabrera, as Representative of the Estate of Isidro Mendoza Cabrera,
Isidro Mendoza, Esperanza Cabrera, and Wendy Andrade, as Next Friend of M.A.,
a minor

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-04917

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appellants' petition for permissive interlocutory appeal, concludes that appellants have not shown their entitlement to permissive interlocutory appeal. Accordingly, the petition for permissive interlocutory appeal is DENIED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 7, 2022